COURT
OF APPEALS

SECOND DISTRICT OF
TEXAS

FORT
WORTH

 

NO. 02-10-00205-CV 

 


 
 
 In re Petrohawk Energy
 Corporation, Petrohawk Properties, LP, One TEC, LLC, and Floyd C. Wilson
 
 
  
 
 
 RELATORS
  
 
 
 
 
  
 
 


------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered relators’ petition for writ of mandamus and is of the
opinion that relief should be denied. 
Accordingly, relators’ petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL: 
MCCOY, DAUPHINOT, and WALKER, JJ.

 

DELIVERED: 
July 9, 2010











    [1]See
Tex. R. App. P. 47.4, 52.8(d).